THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Jeffrey Lee
 Thompson, Appellant.
 
 
 

Appeal From Calhoun County
  James C. Williams, Jr., Circuit Court
Judge

Unpublished Opinion No.   2009-UP-320
 Submitted May 1, 2009  Filed June 11,
2009

APPEAL DISMISSED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 of Columbia; and Solicitor David M Pascoe, Jr., of Orangeburg,  for Respondent.
 
 
 

PER CURIAM:  Jeffery Lee
 Thompson appeals his guilty plea and sentence for second-degree burglary,
 arguing the plea court erred in accepting his plea because he denied entering
 the home that was burglarized.  After a thorough review of the record and counsels brief, pursuant
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels
 motion to be relieved.[1]
APPEAL
 DISMISSED.
HEARN, C.J., THOMAS, and KONDUROS, JJ.,
 concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.